Steven W. Shoultz, Esq. (TX Bar No. 18304250)
900 Jackson Street, Suite 340 LB26
Dallas, Texas 75202
Telephone (214) 742-3293
steven@shoultzfirm.com

Craig K. Perry, Esq., (Nev. Bar No. 03786)
(Admitted Pro Hac Vice Attorney)
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone (702) 228-4777
cperry@craigperry.com

*Attorneys for Plaintiff*

Whitney L. White, Esq., (TX Bar No. 24075269)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
900 Jackson Street, Suite 440
Dallas, Texas 75202-4473
wwhite@sessions-law.biz

*Attorneys for Defendant*
*Vision Financial Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS- DALLAS DIVISION

| | |
|---|---|
| ISRAEL GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>VISION FINANCIAL CORPORATION,<br><br>    Defendant. | No. 3:15-cv-00006-B<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ISRAEL GARCIA

("Plaintiff"), and Defendant VISION FINANCIAL CORPORATION ("Defendant"), through

their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure

41(a)(1)(ii), this entire action shall be, and is, dismissed WITH PREJUDICE as to all claims

1  asserted by Plaintiff ISRAEL GARCIA, with each party to bear their own attorney's fees and

2  costs.

3      IT IS SO STIPULATED.

4

5  Dated:  September 2, 2015                    Law Offices of Steven W. Shoultz

6                                              By: /s/ Steven W. Shoultz_____
                                                   Steven W. Shoultz, Esq.

7
8  Dated:  September 2, 2015                    CRAIG K. PERRY & ASSOCIATES

                                               By: /s/ Craig K. Perry_____
9                                                  Craig K. Perry, Esq. (admitted *pro hac vice*)

10                                             *Attorneys for Plaintiff*
                                               *Israel Garcia*

11
   Dated:  September 2, 2015                    SESSIONS, FISHMAN, NATHAN & ISRAEL,
12                                             L.L.C.

13                                             By: /s/ Whitney White_____
                                                   Whitney White, Esq.
14
                                               *Attorneys for Defendant*
15                                             *VISION FINANCIAL CORPORATION*

16

17

18  Pursuant to Stipulation, **IT IS SO ORDERED**.

19

20  Dated: _____          By: _____
                                              Hon. Jane J. Boyle
21                                            U.S. District Court Judge

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

1
2    I HEREBY CERTIFY that, on September 15, 2015, I caused the foregoing *Joint*

3    *Stipulation for Dismissal With Prejudice* to be electronically filed with the Clerk of the

4    Court using the CM/ECF system, which will send notification of filing to all counsel of

5    record.

6    Whitney White, Esq.

7    wwhite@sessions-law.biz
     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

8    900 Jackson Street, Suite 440
     Dallas, Texas 75202

9    Attorneys for Defendant
     Vision Financial Corporation

10
     Dated September 2, 2015.

11                                  /s/ Steven W. Shoultz, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28